# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

      **Plaintiff,**

**v.**                                                           **Case No: 6:12-mc-108-Orl-31TBS**

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**

      **Defendant.**

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Smith (Doc. 4) and the government's Objections thereto (Doc. 6), it is

**ORDERED** that:

1. The government's objections are sustained, without objection by Plaintiff;

2. The Report and Recommendation of Magistrate Judge Smith is CONFIRMED and ADOPTED, and Plaintiff's Motion for Disclosure of Grand Jury Materials (Doc. 1), is GRANTED, except that the scope of documents to be produced is limited to the following:

   a. Bank records for Harrington (except for records from Integra Bank from 1998 to 2005);

   b. Records regarding suspicious deposits into Harrington's account between 1997 and 2000;

    c. E-mails received by the United States from Harrington's employers (Integra Bank, North American Capital Markets, and/or Wilmette Capital) that relate to a potential or actual loan made to Pearlman or a Pearlman-related entity or that mention Harrington;

    d. Tax returns of Harrington obtained from an entity other than the Internal Revenue Service (the United States and FDIC agree that the United States will not disclose any "return information" that is protected from disclosure pursuant to Title 26, United States code, Section 6103).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2012.

                                                    **GREGORY A. PRESNELL**
                                             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party